NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                        Criminal Number

(Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Joseph Scrofano*
_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

(Attorney & Bar ID Number)

(Firm Name)

(Street Address)

(City)          (State)          (Zip)

(Telephone Number)