**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>ANTHIME J. GIONET,<br><br>　　　　Defendant. | **APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>**21-MJ-00014 (GMH)** |

## INTRODUCTION

This is a Motion for an Order granting Zachary Thornley of MayesTelles PLLC to represent Defendant Anthime Joseph Gionet.

## APPLICATION

I, Zachary Thornley, hereby declare under penalty of perjury:

(1) My information is as follows:

　　　　Zachary John Thornley
　　　　Arizona State Bar No: 032363
　　　　With the law firm of MayeTelles, PLLC.
　　　　3636 N Central Ave.
　　　　STE. 1000
　　　　Phoenix, AZ. 85012
　　　　602-714-7900

(2) That I am a member in good standing of the highest court(s) of the State of Arizona and the United States District Court of the District of Arizona;

(3) That there are no disciplinary complaints pending against me for violation of the rules of the courts of any state;

(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I have not been admitted *pro hac vice* in this Court within the last two years;

(6) That neither am I a member of the United States Federal District of Columbia nor do I have a pending membership application;

(7) That I am joined with sponsoring member Joseph Scrofano – DC Bar Number (994083) and the law firm of Scrofano Law PC a member in good standing of the bar of this Court located at:

      406 5th St NW#100
      Washington, DC 20001

By:__/s/Zachary Thornley_____
Arizona State Bar No: 032363
MayesTelles, PLLC.
3636 N Central Ave
STE. 1000
Phoenix, AZ. 85012

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Defendant requests that this Court grant this Motion for *Pro Hac Vice Admission*, permitting Zachary Thornley to practice before this Court.

DATED this 24th day of January 2021.

**RESPECTFULLY SUBMITTED,**

SCROFANO LAW PC

BY: _____

Joseph A. Scrofano [Bar No: 994083]
*Local Counsel*
406 5th Street NW Suite 100

Washington, DC 20001
jas@scrofanolaw.com
Ph: 202-870-0889

**MAYESTELLES PLLC**

By:__/s/Zachary Thornley_____
Arizona State Bar No: 032363
MayesTelles, PLLC.
3636 N Central Ave
STE. 1000
Phoenix, AZ. 85012

3