**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br><br>ANTHIME J. GIONET,<br><br>    Defendant. | Criminal No. 21-mj-14<br><br>**SUPPLEMENTAL NOTICE OF DECLARATION** |

## INTRODUCTION

On January 25, 2021, this Court requested a supplemental motion or notice clarifying whether undersigned counsel has or has not been disciplined by any bar.

## DECLARATION

I declare under penalty of perjury:

(1) That I have never been disciplined by any bar at any time ever.

DATED this 27th day of January 2021.

**MAYESTELLES PLLC**


By:__/s/Zachary Thornley_____
Arizona State Bar No: 032363
MayesTelles, PLLC.
3636 N Central Ave
STE. 1000
Phoenix, AZ. 85012

cc: Elizabeth Aloi
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7212
Email: elizabeth.aloi@usdoj.gov

2