AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:21-mj-00014 |
| Anthime Joseph Gionet | ) |
| | ) |
| | ) |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Anthime Joseph Gionet                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

G. Michael Harvey
2021.01.07 20:49:39
-05'00'

Date:     01/07/2021

_____
_Issuing officer's signature_

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 1-15-21, and the person was arrested on _(date)_ 1-15-21 at _(city and state)_ Houston, TX. |
| Date: 1-15-21          _Arresting officer's signature_ |
| DUSM Louis LaBarge    _Printed name and title_ |

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: <u>4:21−mj−00103−1</u>
### *Internal Use Only*

Case title: USA v. Gionet                                          Date Filed: 01/19/2021

Other court case number:  1:21−mj−00014 District of Columbia
                                             − Washington DC

Assigned to: Magistrate Judge
Frances H Stacy

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Anthime Joseph Gionet** | represented by | **David B Adler** |
| *In Custody* | | David Adler PC |
| | | 6750 W Loop S |
| | | Suite 120 |
| | | Bellaire, TX 77401 |
| | | 713−666−7576 |
| | | Email: <u>davidadler1@hotmail.com</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 18 U.S.C. 1752 (a)(1): Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 40 U.S.C. 5104(e)(2): Violent Entry | |

1

and Disorderly Conduct on
Capitol Grounds

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/19/2021 | 1 | 3 | Copy of Complaint from the District of Columbia − Washington DC Division 1:21−mj−00014 as to Anthime Joseph Gionet, filed.(SheilaRAndersonadi, 4) (Entered: 01/19/2021) |
| 01/19/2021 | | 11 | Arrest (Rule 40) of Anthime Joseph Gionet. (SheilaRAndersonadi, 4) (Entered: 01/19/2021) |
| 01/19/2021 | | 8 | ***Set Hearing as to Anthime Joseph Gionet: Initial Appearance − Rule 40 set for 1/19/2021 at 02:00 PM before Magistrate Judge Frances H Stacy (SheilaRAndersonadi, 4) (Entered: 01/19/2021) |
| 01/19/2021 | | 9 | Attorney update in case as to Anthime Joseph Gionet. Attorney David B Adler for Anthime Joseph Gionet added. (bwhite, 4) (Entered: 01/19/2021) |
| 01/19/2021 | | 10 | Minute Entry by video for proceedings held before Magistrate Judge Frances H Stacy: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Anthime Joseph Gionet held on 1/19/2021. Appearance entered by David B Adler on behalf of defendant/ atty retained/ bond given $50,000.00/unsecured; deft to appear in Dist of Columbia on 1/25/2021 at 12 noon by video. Appearances:H winter f/ausa. David B Adler.(Court Reporter: ERO)(Digital # 2:56−3:17)(ERO:M Morgan) Deft continued on bond given, filed.(bwhite, 4) (Entered: 01/19/2021) |
| 01/20/2021 | 2 | 12 | Unredacted Bond Entered as to Anthime Joseph Gionet, filed. (bwhite, 4) (Entered: 01/20/2021) |

AO 91 (Rev. 08/09)   Criminal Complaint

United States Courts
Southern District of Texas

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED

*January 19, 2021*

Nathan Ochsner, Clerk of Court

**4:21-MJ-0103**

| United States of America | ) | Case: 1:21-mj-00014 |
|---|---|---|
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| | ) | Assign Date: 1/7/2021 |
| Anthime Joseph Gionet | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ District of _____ Columbia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone .

Date: _____ 01/07/2021 _____

City and state: _____ Washington, D.C. _____

G. Michael Harvey
2021.01.07 20:50:05 -05'00'

_____
*Judge's signature*

**G. Michael Harvey**, United States Magistrate Judge
*Printed name and title*

3

Assigned to: Judge Harvey, G. Michael
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. Prior to being employed with the FBI, your affiant was a Special Agent with the Florida Department of Law Enforcement (FDLE) from 2016-2019 and a Police Officer with the Kissimmee Police Department (KPD) from 2010-2016. During that time, I have investigated kidnappings, homicides, bank robberies, Felon in Possession violations, Domestic Terrorism investigations, and threat-to-life violations. I have prepared and assisted in the preparation of court orders and search warrant applications. Additionally, during the course of these and other investigations, I have conducted or participated in physical and electronic surveillance, assisted in the execution of search and arrest warrants, debriefed informants, interviewed witnesses and suspects, and reviewed other pertinent records. Through my training, education, and experience, I have become familiar with the efforts of persons involved in criminal activity to avoid detection by law enforcement. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2020.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did —evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

Based on information I have reviewed, I estimate that between 2:00 p.m., and no later than 4:00 p.m., Anthime Joseph Gionet, also known as "Baked Alaska" on social media platforms entered the United States Capitol without authorization to do so. While inside the Capitol Building, the defendant conducted an approximately 27-minute long livestream video on the "DLive" platform, noting that he was "documenting" the event. The video was later captured and posted to YouTube and Twitter, where your affiant viewed it.

4

In the video, the defendant and the individuals he is with be can seen in the United States Capitol Building and can be heard chanting, "Patriots are in control," "whose house? Our house," and "traitors, traitors, traitors…." The defendant can be heard remarking, "1776 baby," "I won't leave guys, don't worry." At the 2:52 minute mark in the YouTube video the defendant, who is livestreaming the event from his device, turns the phone around to show his face and is clearly identifiable. The defendant is a known social media personality and is thus recognizable. At the 7:06 mark on the YouTube video the defendant approaches an exterior window and is offered a hand to exit the Capitol building. The defendant remarks "I'm staying" and remains in the building. At approximately the 9:40 mark in the YouTube video the defendant can be heard remarking "We are in the Capitol Building, 1776 will commence again." At approximately the 12:40 mark in the YouTube video the defendant can be heard remarking "Unleash the Kraken, let's go." The defendant is repeatedly heard encouraging other protestors not to leave.

At the 15:54 mark in the YouTube video the defendant enters an office in the Capitol and interviews others. At approximately the 17:45 mark on the YouTube video the defendant picks up a telephone and acts out a purported phone call with the United States Senate personnel. At approximately the 18:05 mark in the YouTube video the defendant shouts, "America First is inevitable. Fuck Globalists, let's go!" At approximately the 21:10 mark in the YouTube video the defendant remarks "Occupy the Capitol let's go. We ain't leaving this bitch." At approximately the 19:00 mark in the YouTube video the defendant enters another office. The defendant sits on a couch and places his feet on a table. The defendant encourages others not to break anything.

At approximately the 25:26 mark in the YouTube video law enforcement officers ask the defendant to move, at which time, he identifies himself to them as a member of the "media," and asks where he should go. At approximately the 26:35 mark in the YouTube video the defendant audibly accuses law enforcement of shoving him; no shoving can be seen on the video. He remarks to the law enforcement officer, "You're a fucking oathbreaker you piece of shit," "fuck you" approximately four times, and, "you broke your oath to the constitution." The defendant exits the Capitol at approximately the 26:55 mark on the YouTube video.

Based on the foregoing, your affiant submits that there is probable cause to believe that the Anthime Joseph Gionet violated 18 U.S.C. § 1752(a)(1), which makes it a crime to knowingly enter or remain in any restricted building or grounds without lawful authority to do so.

Based on the foregoing, your affiant submits that there is also probable cause to believe that Anthime Joseph Gionet violated 40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (E) obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent Nicole Miller
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone, this 7th day of January, 2021.

G. Michael Harvey
2021.01.07
20:50:28 -05'00'

G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**4:21-MJ-0103**

| | |
|---|---|
| United States of America<br>v.<br><br>Anthime Joseph Gionet<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00014<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 1/7/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Anthime Joseph Gionet                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

|  |  |
|---|---|
| Date:      01/07/2021 | G. Michael Harvey<br>2021.01.07 20:49:39<br>-05'00'<br><br>*Issuing officer's signature* |
| City and state:      Washington, DC | G. MICHAEL HARVEY, U.S. Magistrate Judge<br>*Printed name and title* |

### Return

This warrant was received on *(date)* 1/19/21 , and the person was arrested on *(date)* 1/19/21
at *(city and state)* Houston TX.

Date: 1/19/21

_____
*Arresting officer's signature*

Taylr Revis
*Printed name and title*

7

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:34806194@txs.uscourts.gov
Subject:Activity in Case 4:21-mj-00103 USA v. Gionet Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2021 at 11:27 AM CST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Gionet |
| **Case Number:** | 4:21−mj−00103 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*Set Hearing as to Anthime Joseph Gionet: Initial Appearance − Rule 40 set for 1/19/2021 at 02:00 PM before Magistrate Judge Frances H Stacy (SheilaRAndersonadi, 4)**

**4:21−mj−00103−1 Notice has been electronically mailed to:**

**4:21−mj−00103−1 Notice has not been electronically mailed to:**

8

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: David B Adler (davidadler1@hotmail.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:34809324@txs.uscourts.gov
Subject:Activity in Case 4:21-mj-00103 USA v. Gionet Add and Terminate Attorneys
```
Content−Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 3:27 PM CST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Gionet |
| **Case Number:** | 4:21−mj−00103 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Attorney update in case as to Anthime Joseph Gionet. Attorney David B Adler for Anthime Joseph Gionet added. (bwhite, 4)**

**4:21−mj−00103−1 Notice has been electronically mailed to:**

David B Adler &nbsp &nbsp davidadler1@hotmail.com

**4:21−mj−00103−1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: David B Adler (davidadler1@hotmail.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:34809366@txs.uscourts.gov
Subject:Activity in Case 4:21-mj-00103 USA v. Gionet Initial Appearance - Rule 5(c)(3)
```
Content−Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2021 at 3:30 PM CST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Gionet |
| **Case Number:** | 4:21−mj−00103 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Minute Entry by video for proceedings held before Magistrate Judge Frances H Stacy: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Anthime Joseph Gionet held on 1/19/2021. Appearance entered by David B Adler on behalf of defendant/ atty retained/ bond given $50,000.00/unsecured; deft to appear in Dist of Columbia on 1/25/2021 at 12 noon by video. Appearances:H winter f/ausa. David B Adler.(Court Reporter: ERO)(Digital # 2:56−3:17)(ERO:M Morgan) Deft continued on bond given, filed.(bwhite, 4)

**4:21−mj−00103−1 Notice has been electronically mailed to:**

David B Adler &nbsp &nbsp davidadler1@hotmail.com

**4:21−mj−00103−1 Notice has not been electronically mailed to:**

10

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:34806181@txs.uscourts.gov
Subject:Activity in Case 4:21-mj-00103 USA v. Gionet Arrest - Rule 40
```
Content−Type: text/html

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2021 at 11:26 AM CST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Gionet |
| **Case Number:** | 4:21−mj−00103 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Anthime Joseph Gionet. (SheilaRAndersonadi, 4)**

**4:21−mj−00103−1 Notice has been electronically mailed to:**

**4:21−mj−00103−1 Notice has not been electronically mailed to:**

11

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
          V.                                          **APPEARANCE BOND**

  ANTHIME JOSEPH GIONET
          Defendant                          CASE NUMBER **CR-H-21-103M**

          Non-surety:      I, the undersigned defendant acknowledge that I and upon my Personal Recognizance
          Surety: XX       We, the undersigned, jointly severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
 $   50,000.00                   , and there has been deposited in the Registry of the Court the sum of
$ UNSECURED                                          in cash                         (describe other security.)

          The conditions of this bond are that the defendant ANTHIME JOSEPH GIONET
                                                                              (name)
is to appear before this court and at such  other places as the defendant may be required to appear, in accordance
with any and all orders and directions relating to the defendant's appearance in this case, including appearance for
violation of a condition of defendant's release as may be ordered or notified by this court or any other United States
district court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any
judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction
in connection with such judgment.

   It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall
continue until such time as the undersigned are exonerated.

   If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared
by any United States district court having cognizance of the above entitled matter at the time of such breach and if the
bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States district court against each debtor jointly and severally for the amount above stated, together with interest and
costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure
and any other laws of the United States.

                                              1/19/2021
          This bond is signed on _____ at Houston, Texas _____
                                                 Date                                                        Place
Defendant. _____ Address. 20231 E Escalante Rd, Queen Creek, AZ 85142

Surety. _____ Address. _____

Surety. _____ Address. _____

                                              January 20, 2021
          Signed and acknowledged before me on _____
                                                                      Date

          Frances H. Stacy                                    B White
                                                        Judicial Officer/Clerk

Approved: _____
                   Judicial Officer

12

AO 98 (Rev. 8/85)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum

of _____ dollars ($ _____ ).  I further

state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
<br>Date

at _____
<br>Place

_____   _____
Name and Title                                         Signature of Judicial Officer/Clerk

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum

of _____ dollars ($ _____ ).  I further

state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
<br>Date

at _____
<br>Place

_____   _____
Name and Title                                         Signature of Judicial Officer/Clerk

Justification Approved: _____
<br>Judicial Officer

13

<hr>

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEAS

UNITED STATES OF AMERICA

V.

ANTHIME JOSEPH GIONET

Defendant

### ORDER SETTING CONDITIONS
### OF RELEASE

CASE NUMBER:  CR-H-21-103M

 

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified)

_____ on _____
Place                                                                                                 Date and Time

 

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

()   (4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( )   (5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of_____ dollars in the  event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

<hr>

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

`( `  `, (_)`   (name of person or organization)

           (Name of person or organization)

           (Address)

           (City and state) _____   (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled

Signed: _____   _____
                            Custodian or Proxy               Date

( X )  (7)  The defendant shall:

( X )  (a)  report to the                 PROBATION

            telephone number           713-250-5218

( )  (b)  execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____

( )  (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____

( )  (d)  execute a bail bond with solvent sureties in the amount of   $_____

( X )  (e)  maintain or actively seek employment.

( )  (f)  maintain or commence an education program.

( X )  (g)  surrender any passport to: _____

( X )  (h)  obtain no passport.

( X )  (i)  abide by the following restrictions on personal association, place of abode, or travel:
        ( X ) ARIZONA; DISTRICT OF COLUMBIA ( FOR COURT ONLY WITH PERMISSION FROM PTS)

( X )  (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
        No Contact with any  Potential Witnesses

( X )  (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( )  (l)  return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

( )  (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( X )  (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X )  (o)  refrain from ( X ) any ( ___ ) excessive use of alcohol.

( X )  (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

( X )  (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( X )  (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services offices or supervising officer.

( X )  (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( X )  (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( X ) will or ( ___ ) will not include electronic monitoring or other location verification system. You shall pay all of part of the cost of the program based upon your ability to pay as determined by the pretrial office or supervising officer.

        ( X )  (I)  Curfew.  You are restricted to your residence everyday ( ) from _____ t o _____ , or ( ___ ) as directed by the pretrial services office or supervising officer; or

        ( X )  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

        ( )  (iii)  Home Incarceration.  You  are restricted to your residence at all times except for medical needs or treatment, religious services, court appearances pre-approved by the pretrial services office or supervising officer.

( X )  (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( X )  (v)  COMPLY WITH CONDITIONS IN SCOTTSDALE ARIZONA. DEFT TO REPORT TO PHOENIX, AR   PTS OFFICE.
DEFT TO NOT POST ON SOCIAL MEDIA

( )  (w)  _____

( )  (x)  _____

WHITE  COPY-COURT     YELLOW-DEFENDANT     BLUE-U.S.  ATTORNEY     PINK-U.S. MARSHAL     GREEN-PRETRIAL  SERVICES

AO199C Rev. 4/91) Advice of Penalties                Page_____ of _____Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

    YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation.  It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

20231 E Escalante Rd
_____
Address

Queen Creek, AZ 85142          310-488-9029
_____
City and State                           Telephone

### Directions to United States Marshal

( X )   The defendant is ORDERED released after processing.

(      )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: January 20, 2021
_____          _____
                   Signature of Judicial Officer

**U. S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

16