# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim No. 21-mj-14 (GMH) |
| | : | |
| **ANTHIME JOSEPH GIONET,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Christopher B. Brown, at telephone number 202-252-7153, is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7153
Fax: (202) 514-6010
Christopher.Brown6@usdoj.gov