UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim No. 21-mj-14 |
| | : | |
| ANTHIME JOSEPH GIONET, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's Consent Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for March 29, 2021 at 1:00 p.m. be continued until _____, 2021, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from March 29, 2021 until _____, 2021, be excluded from computation of time under the Speedy Trial Act in this case, in order to allow time for the parties to continue their discussions for a disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of March, 2021.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE