UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 21-mj-14 (GMH) |
| : | |
| ANTHIME GIONET, : | |
| : | |
| Defendant. : | |

## RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

This matter comes before the Court on the defendant's motion to modify his conditions of release. The defendant has been charged with two offenses stemming from his participation in the insurrection at the United States Capitol on January 6, 2021. As noted by Chief Judge Howell, the actions of the individuals who mobbed the Capitol on January 6, 2021, of which the defendant was one, were "reprehensible against morality, civic virtue, and the rule of law." *United States v. Chrestman*, No. 21-MJ-218 (ZMF), 2021 WL 765662, at *7 (D.D.C. Feb. 26, 2021).

The defendant has asked this Court to remove Global Positioning System (GPS) monitoring from his release conditions. In his motion, the defendant argues that he is a member of the news media. The government disagrees. Nevertheless, because the defendant has been compliant with his release conditions to-date, the government does not oppose the instant motion.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:    */s/Elizabeth Aloi*
        Elizabeth Aloi, N.Y. Bar No. 4457651
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7212 (Aloi)
        (202) 252-7153 (Brown)
        Fax: (202) 514-6010
        Elizabeth.Aloi@usdoj.gov
        Christopher.Brown8@usdoj.gov