UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 21-mj-14 |
| : | |
| ANTHIME JOSEPH GIONET, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of Defendant's motion to modify conditions of release, which requests removal of GPS monitoring and which the government does not oppose, it is hereby

**ORDERED**, that Defendant's motion is **GRANTED**, it is further

**ORDERED** that this Court's Order Setting Conditions of Release (ECF No. 13) is modified to remove the requirement that Defendant participate in a GPS monitoring program.

**SO ORDERED.**

Date: March 31, 2021

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE