**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim No. 21-mj-14 |
| | : | |
| ANTHIME JOSEPH GIONET, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's Consent Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act and representations by the parties that Defendant had waived his right to a preliminary hearing, it is hereby

ORDERED, that the status hearing scheduled for March 29, 2021 at 1:00 p.m. be continued until April 28, 2021, at 1:00 p.m. before Magistrate Judge G. Michael Harvey; it is

FURTHER ORDERED, that the time between March 29, 2021 and April 7, 2021 shall be excluded from calculation under the Speedy Trial Act, as it was a delay resulting from a pretrial motion. 18 U.S.C. § 3161(h)(1)(D); and it is

FURTHER ORDERED, that pursuant to 18 U.S.C. § 3161(h)(7), the time period from April 7, 2021 until April 28, 2021, shall be excluded from computation of time under the Speedy Trial Act in this case. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE