# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Crim No. 21-mj-14 (GMH) |
| : | |
| **ANTHIME JOSEPH GIONET,** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for April 28, 2021, for approximately 60 days and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from April 28, 2021, until the date of the next status hearing in this case, to be determined by the Court. In support whereof, the government states as follows:

1. The parties are continuing to discuss potential resolution of this case short of trial. The parties presently have no business to bring to the Court's attention.

2. Counsel for the defendant has stated that the defendant consents to an additional continuance of approximately 60 days.

3. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from April 28, 2021, until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the government to prepare discovery and for the parties to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of

justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        D.C. Bar No. 415793

By:    /s/ *Elizabeth Aloi*
         Elizabeth Aloi, N.Y. Bar No. 4457651
         Christopher B. Brown, D.C. Bar No. 1008763
         Assistant United States Attorney
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 252-7212 (Aloi)
         (202) 252-7153 (Brown)
         Fax: (202) 514-6010
         Elizabeth.Aloi@usdoj.gov
         Christopher.Brown6@usdoj.gov