# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim No. 21-mj-14 (GMH)** |
| : | |
| **ANTHIME JOSEPH GIONET,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's Consent Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for April 28, 2021, at 1:00 p.m. be continued until _____, 2021, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from April 28, 2021, until _____, 2021, be excluded from computation of time under the Speedy Trial Act in this case, in order to allow time for the parties to continue their discussions for a disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of April, 2021.

 

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE