UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Crim No. 21-mj-14 (GMH) |
| : | |
| ANTHIME GIONET, : | |
| : | |
| Defendant. : | |

**RESPONSE TO COURT'S JUNE 1, 2021, MINUTE ORDER**

The Court has asked the United States to respond to a Pretrial Services Report filed on May 28, 2021. In the report, Pretrial Services requests the following additions to the defendant's conditions of release: (1) reporting of every contact with law enforcement; (2) home detention; (3) a ban on posting videos to social media or other video sharing platforms; and (4) a ban on his possession of firearms or other weapons.[1] The United States supports the Pretrial Services request.

The defendant has been charged with two offenses stemming from his participation in the insurrection at the United States Capitol on January 6, 2021. As noted by Chief Judge Howell, the actions of the individuals who mobbed the Capitol on January 6, 2021, of which the defendant was one, were "reprehensible against morality, civic virtue, and the rule of law." *United States v. Chrestman*, No. 21-MJ-218 (ZMF), 2021 WL 765662, at *7 (D.D.C. Feb. 26, 2021). The defendant was arrested, and released subject to the condition that he not violate federal, state, or local law while on release (ECF No. 13). He was also ordered to submit to location monitoring, but that condition was removed on March 31, 2021 (ECF No. 22).

According to the Pretrial Services report, on the evening of May 26, 2021, the Defendant was in contact with law enforcement in Arizona and a video of the incident was posted to YouTube,

---

[1] The defendant's current release conditions require only that he not possess any illegal firearms.

an internet social media platform. The United States has reviewed the video, which appears to have been used to raise money.[2] First, the defendant appears to have called the police to report that his friend assaulted him. The friend was in town to create video content with the Defendant, who describes them as "YouTubers."  The police arrive, and the Defendant agrees to take his friend home after admitting being a passenger in a car with a drunk driver. When the friend gets belligerent in the car on the way home, this time with the Defendant driving, the Defendant calls the police again. A different set of police officers respond to the call, and the Defendant is somewhat uncooperative with them. He also appears to threaten his friend. Because threatening another individual is an offense, and knowingly driving with a drunk driver presents a public safety threat, Pretrial Services' request is a reasonable means to ensure public safety.

                                                    Respectfully submitted,

                                                    CHANNING D. PHILLIPS
                                                    Acting United States Attorney
                                                    D.C. Bar No. 415793

By:    */s/Elizabeth Aloi*
        Elizabeth Aloi, N.Y. Bar No.  4457651
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7212 (Aloi)
        (202) 252-7153 (Brown)
        Fax: (202) 514-6010
        Elizabeth.Aloi@usdoj.gov
        Christopher.Brown8@usdoj.gov

---

[2] It is publicly available at https://protect2.fireeye.com/v1/url?k=64bc7706-3b274ffd-64bb53e3-ac1f6b0176a2-86f7e284c1acb22c&q=1&e=a9587831-4a4e-46eb-b41a-899989eadb4e&u=https%3A%2F%2Fyoutu.be%2FPz3HYUvJG4Q.