# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              **21-MJ-00014 (GMH)**

ANTHIME GIONET,

    Defendant.

## **CONSENT MOTION TO CONTINUE STATUS HEARING**

Defendant, Anthime Gionet, through counsel, respectfully requests this Court to continue the status hearing currently set for June 25, 2021. Defendant also agrees to exclude time under the Speedy Trial Act. The parties are requesting the status hearing to be reset out between 30 to 60 days with the preference of both parties being the latter.

The parties are continuing to confer for potential pretrial resolution. Additionally, counsel for Defendant has a conflict for the June 25, 2021, hearing date. Also, some discovery has been disclosed, however, counsel for Defendant has had troubles accessing the governments portal and the parties are attempting to resolve that issue. There remains a great deal of discovery yet to be disclosed.

The additional time is needed to work out the above-mentioned issues and Defendant submits that the ends of justice are served by additional time requested. Counsel for the government has submitted that the governments unavailable dates would include July 16, 30 and August 13. Therefore, we respectfully request this Court reset this matter for 30 to 60 days.

Respectfully submitted this 8th day of June 2021.

**THORNLEY LAW FIRM**

/s/Zachary Thornley
Arizona State Bar No: 032363
Thornley Law Firm
1650 N. Dysart Rd., Suite 4
Goodyear, AZ. 85395
Courts@ThornleyLawFirm.com
(602) 686-5223 (Office)
(602) 377-6863 (Direct)
(928) 433-5909 (Fax)
ATTORNEY FOR DEFENDANT