# UNITED STATES DISTICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                           **21-MJ-00014 (GMH)**

ANTHIME GIONET,

        Defendant.

## ORDER

Upon consideration of the Consent Motion to Continue the status hearing in this matter and to exclude time under the Speedy Trial Act, it is hereby

ORDERED, that the Motion is Granted; it is further

ORDERED, that the status hearing currently scheduled for June 25, 2021 be continued to August 24, 2021 at 1:00 p.m. before Magistrate Judge Meriweather; it is further

ORDERED, that the time between June 25, 2021 and August 24, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter.

Zia M. Faruqui
2021.06.09
13:18:49 -04'00'

_____

Zia M. Faruqui
United States Magistrate Judge