# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                        **21-MJ-00014 (GMH)**

ANTHIME GIONET,

    Defendant

**NOTIFICATION**

Pursuant to term 3 of the March 29, 2021, conditions of release, Defendant has notified his pretrial services officer of a change in address from Arizona to a Florida address to be effective November 1, 2021.  Defendant has provided the full new address to the pretrial services officer.  Counsel files this notice as an additional measure and for the Courts knowledge. For privacy purposes counsel will not provide the new address in this notice but will be happy to update the court if required or if notice to the pretrial services officer is insufficient.

Respectfully submitted this 7th day of October 2021.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THORNLEY LAW FIRM, PC.**

/s/Zachary Thornley
Arizona State Bar No: 032363
Thornley Law Firm
1650 N. Dysart Rd. Suite 4
Goodyear, AZ. 85395
ATTORNEY FOR DEFENDANT

2