UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim No. 21-mj-14 |
| | : | |
| **ANTHIME JOSEPH GIONET,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for December 21, 2021, for approximately 60 days and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from December 21, 2021, until the date of the next status hearing in this case, to be determined by the Court. In support whereof, the government states as follows:

1. The parties are continuing to discuss potential resolution of this case short of trial. The parties presently have no business to bring to the Court's attention.

2. Counsel for the defendant has stated that the defendant consents to an additional continuance of approximately 60 days.

3. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from December 21, 2021 until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow the government to prepare discovery, the defense to review discovery, and for the parties to engage in discussions regarding possible resolutions of the case. Therefore, the

government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:   /s/ *Elizabeth Aloi*
      Elizabeth Aloi, N.Y. Bar No. 4457651
      Christopher B. Brown, D.C. Bar No. 1008763
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-7212 (Aloi)
      (202) 252-7153 (Brown)
      Fax: (202) 514-6010
      Elizabeth.Aloi@usdoj.gov
      Christopher.Brown6@usdoj.gov