# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 21-mj-14 |
| : | |
| ANTHIME JOSEPH GIONET, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the government's Consent Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the status hearing currently scheduled for December 21, 2021 be continued for good cause to February 17, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between December 21, 2021 and February 17, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to continue to discuss a potential pretrial resolution in this matter.

_____

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE