# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    21-MJ-00014 (GMH)

ANTHIME GIONET,

    Defendant.

## ORDER

    This matter having come before the Court pursuant to an Unopposed Motion to Continue, upon consent, it is therefore

    ORDERED that the Motion is GRANTED; it is further

    ORDERED that the currently scheduled status hearing on February 17, 2022 be continued for good cause to March 22, 2022 at 1:00 p.m.; and it is further

    ORDERED that the time between February 17, 2022 and March 22, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and engage in a pretrial resolution.

_____

The Honorable Zia M. Faruqui
United States Magistrate Judge

1