# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHIME GIONET,

    Defendant.

21-MJ-00014 (GMH)

## **ORDER**

Upon consideration of the stipulated motion to continue this matter, it is hereby ORDERED, that the status conference currently set for March 22, 2022, be reset for a status conference on the _____ day of _____, 2022.

It is also ORDERED excluding time under the Speedy Trial Act.

_____
HON. _____
UNITED STATES MAGISTRATE JUDGE

1