# UNITED STATES DISTICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

      **21-MJ-00014 (GMH)**

ANTHIME GIONET,

          Defendant.

## <u>CONSENT MOTION TO CONTINUE STATUS HEARING</u>

    Defendant, Anthime Gionet, through counsel, respectfully requests this Court to continue the status hearing currently set for March 22, 2022.  Defendant also agrees to exclude time under the Speedy Trial Act.  The parties are requesting the status hearing to be reset out between two to four weeks.

    Counsel Joseph Scrofano is not available to appear on March 22, 2022, due to a scheduling conflict.  Also, disclosure of discovery remains ongoing in this matter.

    The additional time is needed, and Defendant submits that the ends of justice are served by additional time requested.

    Respectfully submitted this 20th day of March 2022.

1

1

**THORNLEY LAW FIRM, PC.**

2

/s/Zachary Thornley

3

Pro Hac Vice Admission

Arizona State Bar No: 032363

4

Thornley Law Firm, PC.

5

1650 N. Dysart Rd., Suite 4

Goodyear, AZ. 85395

6

Courts@ThornleyLawFirm.com

7

(602) 686-5223 (Office)

(602) 377-6863 (Direct)

8

(928) 433-5909 (Fax)

ATTORNEY FOR DEFENDANT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28