# UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHIME GIONET,

    Defendant.

21-MJ-00014 (GMH)

## ORDER

Upon consideration of the consent motion to continue this matter and exclude time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is Granted; it is further

**ORDERED** that the currently scheduled status conference currently set for March 22, 2022, be continued for good cause to April 19, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between March 22, 2022, and April 19, 2022, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide time for all parties to be present.

 

_____
THE HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE